## Commonwealth *v.* Peterson, Appellant.

Submitted March 15, 1971. *Anne Welsh* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Reed, Appellant.

Submitted April 16, 1971. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Commonwealth being in agreement, the judgment of sentence is reversed and the defendant discharged. *Commonwealth v. Richbourg,* 442 Pa. 147, 275 A. 2d 345 (1971).